ANNA F. MAHONY, Respondent, v. SARAH E. BURCH, Appellant.—Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Stapleton, Mills, Rich and Putnam, JJ., concurred.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANCESCO GIARRAPUTO, Appellant, Impleaded with Another.— Judgment of conviction of the County Court of Kings county affirmed. No opinion. Jenks, P. J., Carr, Stapleton, Mills and Putnam, JJ., concurred.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH LESIN, Appellant.— Judgment of conviction of the County Court of Kings county affirmed. No opinion. Thomas, Carr, Stapleton, Mills and Rich, JJ., concurred.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE TOWN OF HEMPSTEAD, Respondent, v. BOARD OF SUPERVISORS OF NASSAU COUNTY and Others, Appellants, and HIRAM R. SMITH, Defendant.— Order affirmed with ten dollars costs and disbursements to the respondent, upon the sole ground that section 177a of the Tax Law* was applicable to this case upon its rehearing before the tax commission, and that said section makes it the duty of the board of supervisors, in carrying out the determination of the tax commission, to deduct not only the excess stated in such determination, but also interest thereon from the date of the final return of the tax receiver. Jenks, P. J., Thomas, Carr, Mills and Rich, JJ., concurred.

ETHEL TRAUB, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, on the ground that the verdict was against the greater weight of the evidence. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

ABRAM S. UNDERHILL, Respondent, v. ESTHER WALLIN and Others, Defendants, and JOSEPH DUBINSKY, Appellant. (No. 1.)—Judgment affirmed, with costs. No opinion. Jenks, P. J., Carr, Stapleton, Rich and Putnam, JJ., concurred..

ABRAM S. UNDERHILL, Respondent, v. ESTHER WALLIN and Others, Defendants, and JOSEPH DUBINSKY, Appellant. (No. 2.) — Judgment affirmed, with costs. No opinion. Jenks, P. J., Carr, Stapleton, Rich and Putnam, JJ., concurred.

SARA LYNCH, Respondent, v. THE MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, Appellant.— Motion denied and case set down for Thursday, June 15, 1916. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

AMERICAN IRON SUPPLY COMPANY, Respondent, v. RAFFAEL SALZANO and Others, Defendants. FRANK DONATO and Others, Appellants.— Motion denied, without costs. Present — Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ.

RICHARD BACHIA and Another, Respondents, v. C. MILTON ROGERS, Appellant.— Motion for reargument denied, without costs. On the new

---

* See Consol. Laws, chap. 60 (Laws of 1909, .chap. 62), § 177a, as added by Laws of 1915, chap. 317. —[REP.